JOHN MULQUEEN, Appellant, v. JOHN F. DUFFY and JOSEPH H. BARTLETT, Administrators, etc., Respondents.

*General objection — when sufficient — Code, § 399.*

When the evidence is legally improper, and the objection to it could not be removed, if the attention of the party offering it were called to the particular objection, then a general objection is sufficient, to justify a ruling rejecting it.

Under section 399 of the Code, a party to an action cannot testify against the representatives of a deceased person (parties to the action), that he did not see, or did not have a personal transaction with such deceased person.

APPEAL from a judgment entered on the report of a referee, appointed under the provisions of the Revised Statutes, to determine the validity of a disputed claim against the estate of Margaret Duffy.

*H. C. M. Ingraham,* for appellant. *N. H. Clement,* for respondents.

Present — Barnard, P. J., Tappen and Talcott, JJ.

Judgment affirmed, with costs.